Unless it appears that the rights of the complaining party have in some way been prejudiced by the giving or failure to give instructions the case will not be reversed on such ground alone. (*Campbell v. Ragel* (1955), 7 Ill.App.2d 301, 129 N.E.2d 451.) We find no prejudice to the defendant in the instant case. Instruction No. 11 stated that a verdict should be for the defendant if some third party's conduct was the sole proximate cause of injury to the plaintiff.

We have reviewed the entire record in this case and conclude that none of the rulings considered above, or all of them combined, were so unfair or prejudicial to the defendant as to require reversal of the judgment of the trial court. The following quotation is particularly relevant to cases such as the instant case.

> "The ultimate question here is not whether the trial was scrupulously free from error, but whether any error occurred which operated to the prejudice of the defendant or unduly affected the outcome below. Considering the evidence which supports the jury's verdict, as well as the law applicable to the alleged trial errors raised here, it is our conclusion that there is no error which would justify a reversal in this case." *Nelson v. Union Wire Rope Corp.* (1964), 31 Ill.2d 69, 118, 199 N.E.2d 769.

For these reasons the judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

McNAMARA, P. J., and DEMPSEY, J., concur.

HARRY ROBBINS, d/b/a ROBBINS SPORTING GOODS & SKI SHOP, Plaintiff-Appellee, *v.* SEAY & THOMAS, INC., as agents for BENJAMIN GRAIS *et al.*, Executors of the Estate of Ruben Grais, Deceased, Defendants-Appellants.

(No. 59542;

First District (3rd Division)—May 2, 1974.

946

PER CURIAM.
DEMPSEY, J., took no part.

John C. Kiely, of Chicago (Donald G. Newman, of counsel), for appellants.

Claude B. Kahn, of Chicago, for appellee.

LEE V. OLENZ, Plaintiff-Appellant, v. PATRICK J. CLEARY et al., Defendants-Appellees.

(No. 59577;

First District (3rd Division)—May 2, 1974.

*Rehearing denied May 28, 1974.*